UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>DWAN BERNARD GILL, *et al.*,<br><br>          Defendants. | No. CR99-0464RSL<br><br>ORDER DENYING DEFENDANT GILL'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

This matter comes before the Court on defendant Dwan Bernard Gill's "Motion for Early Termination of Supervised Release." Dkt. # 148. On October 6, 2000, Mr. Gill was sentenced to a term of 97 months in prison, followed by a five-year term of supervised release. Upon completion of his final six months of incarceration in community placement, Mr. Gill commenced supervised release in January 2007. The Court finds that it is still too early to determine how Mr. Gill will transition into the community and therefore DENIES his motion without prejudice to the filing of a renewed request for early termination of supervised release on or after June 1, 2009.

Dated this 13th day of May, 2008.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING DEFENDANT GILL'S
MOTION FOR EARLY TERMINATION
OF SUPERVISED RELEASE